05-20948.o1

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case Number: 05-20948-CIV-COOKE-BROWN

AMERICAN BEST CORP.,

    Plaintiff,

vs.

KAI WEI INTERNATIONAL CORP.,
a Florida corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION TO COMPEL

**This matter** is before this Court on Plaintiff's Motion to Compel, filed September 12, 2006. The Court has considered the motion, noted the lack of a response thereto and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to compel is **GRANTED.** Defendant shall have ten (10) days from the date of this order to answer (not object to) the interrogatories and to produce (not object to) the documents sought.

2. Defendant shall have five (5) days from the date of this order to show good cause, in

writing, why sanctions should not be imposed for the necessity of the filing of the motion to compel.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of October, 2006.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Honorable Marcia G. Cooke
Peter S. Herrick. Esq.
Kai Wei International
  5433 N.W. 72nd Ave.
  Miami, Fl 33166